UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANA WATSON, | |
| Plaintiff, | |
| v. | Case No. 3:22-cv-2555-JPG |
| METROPOLITAN ENFORCEMENT GROUP OF SOUTHERN ILLINOIS MEGSI, | |
| Defendant. | |

## JUDGMENT

This matter having come before the Court, and the Court having found Plaintiff Dana Watson's Amended Complaint is time-barred,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Amended Complaint is dismissed with prejudice.


**DATED: February 21, 2023**          MONICA A. STUMP, Clerk of Court
                                       s/Tina Gray, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
               J. PHIL GILBERT
               DISTRICT JUDGE